IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GALLAGHER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-3840 |
| ROBERT GREEN, ET AL. | : | |

# O R D E R

**AND NOW**, this <u>  10th  </u> day of <u>  November  </u>, 2015, upon consideration of the Motion for Summary Judgment Submitted on Behalf of Defendants Bensalem Racing Association, Inc., Keystone Turf Club, Inc., Greenwood Gaming and Entertainment, Inc., Parx Casino and Racing, Greenwood Racing, Inc., Security Manager Baxter, and Director Norcutt (ECF No. 49), and Defendants Brenda Armstrong and William Burnett's Partial Motion for Summary Judgment (ECF No. 50), and all documents and exhibits submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **GRANTED**.[1]

    **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

---

[1] The only claims remaining after disposition of these Motions are Plaintiff's claims for illegal search under Section 1983 (Count 1), and punitive damages (Count 7) against Defendant William Burnett.