IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GALLAGHER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-3840 |
| ROBERT GREEN, ET AL. | : | |

# O R D E R

**AND NOW**, this  9th  day of  June , 2016, upon consideration of the Post-Trial Motion of Defendant William Burnett Pursuant to Fed. R. Civ. P. 50(b) and 59 for Judgment as a Matter of Law or, in the Alternative, for a New Trial (ECF No. 88), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                                  **BY THE COURT:**

                                                  _____

                                                  **R. BARCLAY SURRICK,   J.**